No. 11–366. RINGGOLD-LOCKHART ET AL. *v.* SANKARY ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–370. O'CONNELL *v.* MILLER-STOUT, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 11–371. TRAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–387. LEIGHTEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–392. LOMBARD *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 11–5253. FLETCHER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–5328. SANBORN *v.* PARKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–5551. VASQUEZ-DIAZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5552. WALDREN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–5606. KALFOUNTZOS *v.* UNITED STATES RAILROAD RETIREMENT BOARD. C. A. 9th Cir. Certiorari denied.

No. 11–5925. AGUILAR *v.* ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–5926. BLAKE *v.* SAN FRANCISCO POLICE DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–5927. BADEN *v.* CITY OF WHEATON, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–5932. MITCHELL *v.* HOWES, WARDEN. C. A. 6th Cir. Certiorari denied.

